**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Loretta Fosdick, on behalf of herself, and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Berkeley County,<br><br>　　　　　Defendant. | Case No.:2:23-cv-3375-RMG<br><br><br>**NOTICE OF REMOVAL** |

TO:　The Honorable Judges of the United States District Court for the District of South Carolina

　　　Defendant Berkeley County (the "County") hereby files this Notice of Removal to remove this action from the Court of Common Pleas for the Ninth Judicial Circuit for the State of South Carolina to this Court pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441 (a) and (c). In support of this Notice, the County would show the following:

I.

　　　On June 15, 2023, Plaintiff Loretta Fosdick ("Plaintiff") filed an action in the Court of Common Pleas for the Ninth Judicial Circuit, State of South Carolina, captioned "*Loretta Fosdick; On Behalf of Herself and all others Similarly Situated v. Berkeley County*" and designated Case No.: 2023-CP-08-01638. Thereafter, the County received the Summons and Complaint by certified mail on June 20, 2023. A copy of the Summons and Complaint is attached as Exhibit A.

II.

　　　The action referred to in Paragraph I is a civil action over which this Court has original and removal jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1441 (a) and (c). Specifically,

1

Plaintiff's Complaint alleges violations by the County of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. 201.

III.

This Notice of Removal has been filed within thirty (30) days after the earliest date of service of the Summons and Complaint, and the time for filing this Notice of Removal pursuant to 28 U.S.C. § 1446(b) has not expired.

IV.

Written notice of the filing of this Notice of Removal will be promptly served on counsel for the Plaintiff.

V.

A true and correct copy of this Notice of Removal will be filed with the Clerk of Court of Common Pleas for Berkeley County, the Ninth Judicial Circuit, State of South Carolina, as provided under 28 U.S.C. § 1446(d).

WHEREFORE, the County removes this action to this Court's jurisdiction.

    s/ Bob J. Conley
    Bob J. Conley (FID #6791)
    CLEVELAND & CONLEY, LLC
    171 Church Street, Suite 310
    Charleston, South Carolina 29401
    Telephone: (843)577-9626
    bconley@clevelandlaborlaw.com

    ATTORNEY FOR DEFENDANT

July 14, 2023
Charleston, South Carolina

## CERTIFICATE OF SERVICE

This is to certify that I have this date caused to be served a copy of Defendant's Notice of Removal on counsel for Plaintiff by depositing same in the United States Mail, First Class postage prepaid, and addressed to:

>Marybeth Mullaney
>MULLANEY LAW
>652 Rutledge Avenue, Suite A
>Charleston, SC 29403
>(843) 588-5587
>marybeth@mullaneylaw.net
>
>ATTORNEY FOR PLAINTIFF


>s/ Bob J. Conley
>Bob J. Conley (FID #6791)
>CLEVELAND & CONLEY, LLC
>171 Church Street, Suite 310
>Charleston, South Carolina 29401
>Telephone: (843) 577-9626
>bconley@clevelandlaborlaw.com
>
>ATTORNEY FOR DEFENDANT

July 14, 2023
Charleston, South Carolina